UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A.S. )<br>)<br>            Plaintiff, )<br>)<br>v. )<br>)<br>SANDRA LING DESIGNS, INC. and )<br>SANDRA LING )<br>            Defendants. )<br>) | Case No. 4:21-cv-00352 |

## JOINT MOTION FOR ENTRY OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68 and the Notice of Acceptance of Offer of Judgment dated October 3, 2022 (ECF No. 63), Plaintiff Louis Vuitton Malletier, S.A.S. ("Plaintiff") and Defendants Sandra Ling Designs, Inc. and Sandra Ling (collectively, "Defendants") hereby request that the Court direct the Clerk of the United States District Court for the Southern District of Texas to enter judgment pursuant to the terms of the Offer of Judgment (ECF No. 63 at Ex. A). Plaintiff and Defendant have conferred and agreed upon on a form of judgment, which is attached hereto as Exhibit A.

Dated: November 30, 2022

Karen B. Tripp
Attorney at Law

By: /s/Karen B. Tripp
Karen B. Tripp
Attorney-In-Charge
Texas State Bar No. 03420850
S.D. Texas Bar No. 2345

4265 San Felipe, Suite 1100
Houston, TX 77027
(713) 658-9323
tripp.karen@gmail.com

Respectfully submitted,

BARACK FERRAZZANO
KIRSCHBAUM & NAGELBERG LLP

By: s/ Robert E. Shapiro
Robert E. Shapiro (admitted *pro hac vice*)
Attorney-In-Charge
Illinois State Bar No. IL 3125180

Thomas M. Williams (admitted *pro hac vice*)
Of Counsel
Illinois State Bar No. IL 6238371

Connor T. Gants (admitted *pro hac vice*)
Of Counsel
Illinois State Bar No. IL 6310872

LEX LUMINA PLLC

Rhett O. Millsaps II (admitted *pro hac vice*)
Rebecca Tushnet (admitted *pro hac vice*)

745 Fifth Avenue, Suite 500
New York, NY 10151
(646) 898-2055
rhett@lex-lumina.com
rtushnet@lex-lumina.com

*Attorneys for Defendants*,
SANDRA LING DESIGNS, INC. and
SANDRA LING

Carmel I. Dooling (admitted *pro hac vice*)
Of Counsel
Illinois State Bar No. IL 6326828

200 West Madison St., Suite 3900
Chicago, IL 60606
Phone: (312) 984-3100
Fax: (312) 984-3150
rob.shapiro@bfkn.com
tom.williams@bfkn.com
connor.gants@bfkn.com
carmel.dooling@bfkn.com

BAKER WILLIAMS MATTHIESEN LLP

John C. Rawls
Of Counsel
TX State Bar No. 24060930
S.D. Texas Bar No. 413953

Sarah Silbert (admitted *pro hac vice*)
Of Counsel
California Bar No. 198594

5005 Woodway Dr., Suite 201
Houston, TX 77056
Phone: (713) 888-3535
Fax: (713) 888-3550
rocky@bwmtx.com
sarah@bwmtx.com

*Attorneys for Plaintiff,*
LOUIS VUITTON MALLETIER, S.A.S.

**CERTIFICATE OF SERVICE**

On November 30, 2022, a copy of the foregoing Joint Motion for Entry of Judgment and its Exhibit A was served upon Defendants by sending a copy of the same by email to Defendants' counsel of record via the email addresses set forth below:

Rhett O. Millsaps II, Esq. (rhett@lex-lumina.com)
Rebecca Tushnet, Esq. (rtushnet@lex-lumina.com)
Karen B. Tripp, Esq. (tripp.karen@gmail.com)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 30, 2022.

*/s/ Connor T. Gants*
Connor T. Gants