**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A.S. ) | |
| ) | |
| Plaintiff, ) | Case No. 4:21-cv-00352 |
| ) | |
| v. ) | |
| ) | |
| SANDRA LING DESIGNS, INC. and ) | |
| SANDRA LING ) | |
| Defendants. ) | |
| ) | |

**[PROPOSED] JUDGMENT**

Pursuant to Defendants' Offer of Judgment under Fed. R. Civ. P. 68 and Plaintiff's Notice of Acceptance of Offer of Judgment (ECF No. 63), judgment is hereby entered as follows:

1. Defendants, Sandra Ling Designs, Inc. and Sandra Ling, ("Defendants") shall pay the total amount of $603,000.00, including all of Plaintiff's claims for relief, attorneys fees, and costs to Plaintiff, Louis Vuitton Malletier, S.A.S., in United States Dollars, such payment to be made in such manner as the parties mutually agree;

2. Defendants, their agents, servants, employees, and all other persons in privity or acting in concert with them, are enjoined from producing and/or selling products or product components that bear Louis Vuitton Trademarks (as that term is defined in the complaint in this action), whether legitimately produced or otherwise, and whether the use is ornamental, source-identifying, or otherwise; and

3. Nothing herein is to be construed as an admission that either or both Defendants are liable in this action, or that the Plaintiff has suffered any damage.

Dated: _____          _____
                                                                        ANDREW S. HANEN
                                                                        UNITED STATES DISTRICT JUDGE